FILED

2026 Jul-08  PM 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH DANIEL WALLS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 5:25-cv-1808-LCB-HNJ** |
| | ) | |
| **BREMER,** *Warden*, | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

On June 10, 2026, U.S. Magistrate Judge Herman N. Johnson, Jr., issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court dismiss this action without prejudice as moot. (Doc. 18). No party has objected to the report and recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Any portions of a Magistrate Judge's report that are unchallenged are reviewed for clear error. *Haywood v. Green*, 695 F.Supp.3d 1315, 1318 (N.D. Ala. Sept. 27, 2023). In its review, the district court may "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (doc. 18) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The Court therefore **DISMISSES** this action **without prejudice as moot**.

The Clerk is **DIRECTED** to close this case.

**DONE** and **ORDERED** this July 8, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE